IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                              PLAINTIFF

2:07CV00092HLJ

WENDY KELLEY, et al.                                                          DEFENDANTS

<u>ORDER</u>

By Order dated September 20, 2007, this Court directed defendants to provide the last-known addresses of defendant Tammie Coleman, V. Ware, and Nurse Butler, who have not yet been served (DE #30).  Defendants have responded by email for security purposes.   This Court will direct that such response be filed under seal, and will direct the re-issuance of service on these defendants at the addresses noted in the email. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' response to the Court's Order shall be placed under seal in the Clerk's Office, and that the addresses set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendants Tammie Coleman, Verstine Ware, and Quible Butler, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaint and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the

1

Court, who shall then remove the addresses prior to forwarding a copy to plaintiff.

IT IS SO ORDERED this 2nd day of October, 2007.


_____
United States Magistrate Judge