IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                               PLAINTIFF

v.                               2:07CV00092HLJ

WENDY KELLEY, et al.                                  DEFENDANTS

<u>ORDER</u>

Defendant Wendy Kelley's motion to stay discovery, pending this Court's ruling on her motion to dismiss (DE #28), is hereby GRANTED.

IT IS SO ORDERED this 11th day of October, 2007.

_____
United States Magistrate Judge

1