IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                               PLAINTIFF

v.                                         2:07CV00092JMM/HLJ

WENDY KELLEY, et al.                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the defendant Kelley's motion to dismiss, which this Court construes as a motion for summary judgment (DE #7), is hereby GRANTED.

IT IS SO ORDERED this 29th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE