IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                                         PLAINTIFF

v.                                            2:07CV00092HLJ

WENDY KELLEY, et al.                                                                            DEFENDANTS

## ORDER

Plaintiff originally filed this action on July 10, 2007. The Court notes that as of this date, defendant Quible Butler has not been served, despite two attempts to achieve service (DE ##9, 50). Fed.R.Civ.P. 4(m) provides for a 120-day time limit for effecting service on a defendant, and that **after notice to the plaintiff**, the Court "shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time..." Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall have one last opportunity in which to provide a present address on defendant Butler within ten days of the date of this Order. Failure to provide such or obtain service on defendant Butler shall result in her dismissal from plaintiff's complaint.

IT IS SO ORDERED this 20th day of February, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge