IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                                   PLAINTIFF

v.                                          2:07CV00092JMM/HLJ

WENDY KELLEY, et al.                                                                DEFENDANTS

ORDER

The parties' joint motion to dismiss this action, without prejudice (DE #85), is hereby GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this  30  day of  March , 2009.

_____
United States District Judge