IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                          PLAINTIFF

v.                                       2:07CV00092JMM/HLJ

WENDY KELLEY, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be,  and it is hereby, DISMISSED without prejudice.  The relief sought is

denied.

IT IS SO ADJUDGED this   30    day of   March ,  2009.


_____
United States District Judge